IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TYWANDA CARTER and CLIFTON CARTER, ) ) ) Plaintiffs, ) ) v. ) ) MONTGOMERY POLICE ) DEPARTMENT, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:17cv077-MHT (WO) |

OPINION

Plaintiffs filed this lawsuit alleging that law enforcement officers and officials failed to adequately investigate and prosecute the person who murdered plaintiffs' sister and conspired to cover up the murder. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute the action. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of April, 2017.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE