IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TYWANDA CARTER and CLIFTON )
CARTER, )
 )
    Plaintiffs, )
 )
    v. ) CIVIL ACTION NO.
 ) 2:17cv077-MHT
MONTGOMERY POLICE ) (WO)
DEPARTMENT, et al., )
 )
    Defendants. )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 10) is adopted.

(2) This lawsuit is dismissed without prejudice, and with no costs taxed.

It is further ORDERED that all pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of April, 2017.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE